UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:16-CR-374 |
| v. | : | |
| JUSTIN BODNAR,<br>  Defendant | : | (ELECTRONICALLY FILED) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>Count 1</u>
(Unauthorized Access to a Protected Computer)

On or about and between June 13, 2013 and December 25, 2013, within the Middle District of Pennsylvania, the defendant,

**JUSTIN BODNAR,**

intentionally accessed a protected computer, without authorization, and thereby obtained information from a protected computer, that is, the electronic mails (e-mails) of "T.L.," and the offense was committed for purposes of private financial gain.

In violation of Title 18, United States Code, Sections 1030 (a)(2) and (c)(2)(B)(i).

THE GRAND JURY FURTHER CHARGES:

## Count 2
(Intentional Damage to a Protected Computer)

On or about and between January 1, 2012 and February 29, 2012, within the Middle District of Pennsylvania, the defendant,

**JUSTIN BODNAR,**

knowingly caused the transmission of a program, information, code and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, namely computer systems belonging to businesses owned by "M.S." and "C.S."

In violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(G).

A TRUE BILL

Date: 12-20-16

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

ROBERT J. O'HARA
ASSISTANT U.S. ATTORNEY

2